```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 17298
   VERNITA LEE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6912


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/02/2005 and was confirmed 07/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
US BANK/ MORTGAGE ELECTR  CURRENT MORTG   38882.08            .00        38882.08
US BANK/ MORTGAGE ELECTR  MORTGAGE ARRE   12163.09            .00         4770.59
CITY OF CHICAGO WATER DE  SECURED           575.00            .00          225.53
CONSECO FINANCE           SECURED          6700.00            .00         2627.87
INTERNAL REVENUE SERVICE  PRIORITY           72.70            .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY    NOT FILED            .00             .00
IRS TAX DIVISION          NOTICE ONLY    NOT FILED            .00             .00
CAPITAL ONE SERVICES      UNSECURED      NOT FILED            .00             .00
CHECK N GO                UNSECURED      NOT FILED            .00             .00
CHECK N GO                UNSECURED      NOT FILED            .00             .00
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED            .00             .00
GE MASTERCARD             UNSECURED      NOT FILED            .00             .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        1759.67            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED        3824.15            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         911.76            .00             .00
MELVIN J KAPLAN           DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                         3,008.93
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            52,215.00

PRIORITY                                           .00
SECURED                                      46,506.07
UNSECURED                                          .00
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          3,008.93

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 17298 VERNITA LEE
```

```
DEBTOR REFUND                                                        .00
                                          ---------------    ---------------
TOTALS                                          52,215.00          52,215.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE